

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF X. E. V., A CHILD, | § | No. 08-21-00096-CV |
| | § | Appeal from the |
| Appellant, | § | 165th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM2502) |

## **O R D E R**

The Court hereby GRANTS Appellant's Pro Se Motion for Access to Appellate Record. The Court is providing a hard copy of the appellate record, which consists of 2 volumes of the Clerk's Record, and 5 volumes of the Reporter's Record, via U. S. mail, addressed to the Warden of the El Paso County Jail Annex, 12501 Montana Avenue, El Paso, TX 79938, for use by Appellant XY. The record forwarded to Appellant includes exhibits that have been filed. The Warden or designated custodian of records shall make this record available to the appellant for purposes of preparing her appellate brief. The hard copy of this record does not need to be returned to this Court.

Further, the Appellant's brief is due 30 days from date of receipt of this Order.

IT IS SO ORDERED this 8th day of September, 2021.


PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.